# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**THOMAS A. ANTHONY, #63579-004**  **PETITIONER**

**VERSUS**  **CIVIL ACTION NO. 5:07-cv-221-DCB-MTP**

**CONSTANCE REESE, Warden;**
**and DR. ROTH**  **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the __24th__ day of January, 2008.


     s/ David Bramlette     
UNITED STATES DISTRICT JUDGE